KATHRYN J. FRITZ (SBN 148200)
LISA A. FREITAS (SBN 227109)
FENWICK & WEST LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
Email: kfritz@fenwick.com

**E-filed 1/31/06**

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LILIAN ALVES MOREIRA,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, A CALIFORNIA CORPORATION; DOES ONE THROUGH FIFTY, INCLUSIVE,<br><br>Defendants. | Case No.  C05 04089 JF<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME TO FILE JOINT CASE MANAGEMENT STATEMENT |

Pursuant to Federal Rule of Civil Procedure 26(a)(1) and Civil Local Rule 6-1(a), plaintiff Lilian Alves Moreira and defendant Hewlett-Packard Company, by and through their respective counsel, hereby agree and stipulate that the Case Management Conference, currently scheduled for February 10, 2006, be continued until March 24, 2006, as Ms. Fritz must serve on jury duty in San Francisco Superior Court from February 6th through February 10th and she is unable to postpone that service.  March 24, 2006 is the earliest date available for the Court and all parties to meet due to unavoidable scheduling conflicts. It is further stipulated by both parties that the last

STIP AND [PROPOSED] ORDER TO CONTINUE CMC AND
EXTEND TIME FOR FILING JOINT CASE MGMT STMT.
CASE NO. C 05-04089 JF

1 day to file the Joint Case Management Statement is extended to March 10, 2006.

2 **IT IS SO STIPULATED.**

3 Dated: January 26, 2006     FENWICK & WEST LLP

By: _____
Kathryn J. Fritz

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

Dated: January 25, 2006     THE HULSEY LITIGATION GROUP and
WHITE McMAHON POTTER

By: _____
Robert M. White

Attorneys for Plaintiff
LILIAN ALVES MOREIRA

## ORDER

**AS STIPULATED, IT IS SO ORDERED.**

The Case Management Conference currently scheduled for February 10, 2006 is hereby continued until March 24, 2006. In accordance with this date, the last day to file the Joint Case Management Statement is extended to March 10, 2006.

Dated: 1/31/06     _____
The Honorable Jeremy Fogel
United States District Court Judge

STIP AND [PROPOSED] ORDER TO CONTINUE CMC AND
EXTEND TIME FOR FILING JOINT CASE MGMT STMT.
CASE NO. C 05-04089 JF

2