\*\*E-filed 7/14/06\*\*

Robert M. White (CSBN 68014)
White & Potter
1160 N. Dutton Avenue, Suite 170
Santa Rosa, CA 95401

Telephone: (707) 576-1926
Facsimile: (707) 576-1980
email: rwhite@sonic.net

Attorneys for Plaintiff Lilian Alves Moreira

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| **LILIAN ALVES MOREIRA** | Civil Action No. C05 04089 JF (E-filing) |
| **Plaintiff,** | **STIPULATION AND (*PROPOSED*) ORDER TO CONTINUE DATE TO COMPLETE MEDIATION AND TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| **HEWLETT-PACKARD COMPANY, a California Corporation; DOES ONE through FIFTY, inclusive,** | |
| **Defendants.** | |

This Stipulation is entered by and between plaintiff LILIAN ALVES MOREIRA and defendant HEWLETT-PACKARD COMPANY, through their counsel of record, with reference to these Recitals:

RECITALS

A. The Court referred this case to court mediation, to occur by 7/21/06, at the Case Management Conference held on March 24, 2006.

B. Stewart H. Foreman of Freeland, Cooper & Foreman has been appointed mediator ("Mediator"), and the parties and Mediator scheduled mediation to occur on July 20, 2006.

Stip and (Proposed) Order to Continue             1
Date to Complete Mediation and to Continue
Case Management Conference

C. Through inadvertence, plaintiff, a citizen and resident of Rio de Janeiro, Brazil, failed to apply for a passport and visa to travel to California in time to attend the mediation.

D. Plaintiff is informed that the "typical wait time" for issuance of a visa by the U.S. Consulate in Rio de Janeiro as listed on its website is <u>60 days</u>. Plaintiff must also apply for a passport because she has never traveled outside Brazil.

E. Plaintiff believes that an approximately 90 day extension from 7/21/06 to 10/19/06 will safely afford plaintiff sufficient time to obtain a passport and visa for travel to the U.S. so that she may attend mediation. The Mediator has been contacted and remains available and willing to conduct the mediation within this new time frame.

F. In order to hold down costs and maintain the status quo leading into mediation, the parties request a stay of all other proceedings in the case, including motions and formal discovery, until after completing the mediation.

ACCORDINGLY, IT IS HEREBY STIPULATED:

1. The date for completion of court mediation of this case shall be continued to 10/19/06. Plaintiff shall promptly apply for a passport and visa for travel to California so that she may attend mediation in San Francisco within this time frame.

2. As soon as plaintiff obtains her passport and visa, plaintiff's counsel shall notify defendant's counsel thereof, and the parties shall coordinate with the Mediator to schedule a pre-mediation telephone conference and reschedule mediation as soon as feasible for the parties and Mediator.

3. All proceedings in the case, including motions and formal discovery, shall be stayed until after completing mediation.

4. The Case Management Conference currently scheduled for July 21, 2006 shall be continued to October 20, 2006 at 10:30 a.m.

IT IS SO STIPULATED.

////////////////////////////////////////////

////////////////////////////////////////////

Stip and (Proposed) Order to Continue        2
Date to Complete Mediation and to Continue
Case Management Conference

1 | Dated: July 13, 2006

THE HULSEY LITIGATION GROUP
WHITE & POTTER

By _____/S/_____ Robert M. White_____
   Robert M. White

Attorneys for Plaintiff
Lilian Alves Moreira

6 | Dated: July 13, 2006

COPBLENTZ, PATCH DUFFY & BASS LLP

By _____/S/_____ Jeffrey G. Knowles_____
   Jeffrey G. Knowles

Attorneys for Defendant
Hewlett-Packard Company

## ORDER

AS STIPULATED, IT IS SO ORDERED.

The date to complete court mediation shall be continued to 10/19/06. The Case Management Conference shall be continued to 10/20/06 at 10:30 a.m. All formal proceedings in the case, including motions and formal discovery, shall be stayed until completion of mediation.

Dated: July 14, 2006

_____
Honorable Jeremy Fogel
United States District Court Judge

Stip and (Proposed) Order to Continue     3
Date to Complete Mediation and to Continue
Case Management Conference