UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN ALVES MOREIRA,<br><br>    Plaintiff.<br><br>v.<br><br>HEWLETT-PACKARD CO.,<br><br>    Defendant.<br>_____/ | No. C 05-4089 JF<br><br>**ORDER and<br>REPORT AND<br>RECOMMENDATION RE<br>PLAINTIFF'S REQUEST TO BE<br>EXCUSED FROM PERSONAL<br>ATTENDANCE AT MEDIATION** |

Having considered plaintiff's request, defendant's opposition, and plaintiff's reply, the ADR Magistrate Judge enters the following ORDER and makes the following REPORT AND RECOMMENDATION to District Judge Fogel.

### ORDER

Plaintiff is not required to attend in person a mediation in this case that occurs before she is able, through timely good faith efforts, to secure a visa that would permit her attendance. If a mediation occurs on October 17, 2006, plaintiff will not be in violation of this Court's ADR Local Rules if she does not attend the session in person. If the mediation proceeds on any date on which plaintiff cannot attend in person, she must be available by phone for the entire session. She also

//

must make herself available by phone for any follow-up communication the mediator feels is appropriate.

**IT IS SO ORDERED**.

Dated: October 6, 2006

      /s/ Wayne D. Brazil
      WAYNE D. BRAZIL
      United States Magistrate Judge

## **REPORT AND RECOMMENDATION**

Given both generally applicable considerations and circumstances specific to this case, the ADR Magistrate Judge believes that mediation is substantially more likely to be productive if the plaintiff attends the session in person. Because it appears that plaintiff cannot secure a visa in time to permit her participation in a mediation on October 17, 2006, the ADR Magistrate Judge RECOMMENDS that District Judge Fogel extend the deadline for holding the mediation until plaintiff secures a visa or until January 19, 2007, whichever occurs earlier.

Given the age of the case, and the possibility that it may be difficult and time-consuming to locate and produce information necessary to assess the damages aspects of this matter, the ADR Magistrate Judge also RECOMMENDS that District Judge Fogel vacate the stay on discovery -- at least with respect to damages.

**IT IS SO REPORTED AND RECOMMENDED.**

Dated: October 6, 2006
      /s/ Wayne D. Brazil
      WAYNE D. BRAZIL
      United States Magistrate Judge

Copies to:
All parties, JF, WDB,
Stats, ADR, Neutral