JEFFREY G. KNOWLES (State Bar #129754)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone:   (415) 391-4800
Facsimile:    (415) 989-1663
ef-jgk@cpdb.com

Attorneys for Defendants
HEWLETT-PACKARD COMPANY

**E-filed 1013/06**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| LILIAN ALVES MOREIRA,<br><br>Plaintiff,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY, A CALIFORNIA CORPORATION, DOES ONE THROUGH FIFTY, INCLUSIVE,<br><br>Defendants. | CASE NO.  C05 04089 HRL<br><br>STIPULATION AND *(PROPOSED)* ORDER TO CONTINUE DATE TO COMPLETE MEDIATION |

By and through their respective counsel, the parties to the above-captioned action hereby stipulate as follows:

Whereas, the current court-ordered mediation deadline in this action is October 20, 2006 and a mediation is now scheduled for October 17, 2006;

Whereas, a Case Management Conference is now set for October 20, 2006;

Whereas, Magistrate Judge Brazil's Report and Recommendation of October 6, 2006 ("Report"), recommends that the deadline for mediation be extended until the earlier of when plaintiff obtains a visa to attend mediation in the United States or January 19, 2006;

Whereas, the Report recommends that the discovery stay be vacated, at least with respect to damages;

1   Whereas, the parties desire to optimize the prospects for mediated resolution of this action
2   and minimize the expenditure of resources in advance of mediation;
3   Now, therefore, the parties agree as follows:
4   1.   The parties request that the District Judge adopt the Report insofar as it
5   recommends extending the deadline for mediation to the earlier of the time when plaintiff secures
6   a visa to attend mediation or January 19, 2007.
7   2.   With respect to the portion of the Report addressing discovery, the parties'
8   positions are as follows:
9   a. Plaintiff requests that the Report be adopted in its entirety, including vacating
10  the stay on discovery (at least as to damages) earlier stipulated to by the parties. Plaintiff is
11  prepared to enter a reasonable agreement to protect confidentiality of damages information
12  provided in discovery;
13  b. Defendant reserves the right to object to the portion of the Report
14  recommending vacating the stay on discovery. In lieu of lifting the stay on damages discovery
15  prior to conducting any mediation, Defendant proposes to provide to plaintiff on or before
16  November 15, 2006, subject to mediation confidentiality principles and such other necessary or
17  appropriate confidentiality protections as may be imposed, information it can obtain through
18  reasonable diligence concerning the distribution of products it has reason to believe may have
19  been packaged in materials bearing plaintiff's image. This information will include, to the extent
20  reasonably available, the number of such products sold, the countries where they were sold and
21  the retail price of those products.
22  c. The parties are prepared to address this disagreement and the process for
23  resolving it at the Case Management Conference currently scheduled for October 20, 2006.
24  2.   The mediation currently scheduled for October 17 will be taken off calendar, and
25  will be rescheduled in accordance with the timeline in the Report, provided the District Court
26  adopts this portion of the Report.
27  //
28  //

3. Plaintiff will undertake diligent efforts to obtain a form of visa that will allow her to personally attend a mediation in the United States prior to January 19, 2006.

SO STIPULATED.

Dated: October __, 2006

THE HULSEY LITIGATION GROUP
WHITE & POTTER

By: _____
ROBERT M. WHITE
Attorneys for Plaintiff
LILIAN ALVES MOREIRA

Dated: October 13, 2006

COBLENTZ, PATCH, DUFFY & BASS, LLP

By: _____
JEFFREY G. KNOWLES
Attorneys for Defendants
HEWLETT-PACKARD COMPANY

IT IS SO ORDERED.

Dated: October 13, 2006

_____
Honorable Jeremy Fogel
United States District Court Judge

OCT.13.2006 11:54AM   WHITE MCMAHON POTTER
OCT. 13. 2006 11:10AM   COBLENTZ PATCH DUFFY & BASS                    NO. 758   P.P.2/2

3.   Plaintiff will undertake diligent efforts to obtain a form of visa that will allow her to personally attend a mediation in the United States prior to January 19, 2006.

SO STIPULATED.

Dated: October 13, 2006          THE HULSEY LITIGATION GROUP
                                 WHITE & POTTER

                                 By: _____
                                     ROBERT M. WHITE
                                     Attorneys for Plaintiff
                                     LILIAN ALVES MOREIRA

Dated: October 13, 2006          COBLENTZ, PATCH, DUFFY & BASS, LLP

                                 By: _____
                                     JEFFREY G. KNOWLES
                                     Attorneys for Defendants
                                     HEWLETT-PACKARD COMPANY

IT IS SO ORDERED.

Dated: October ____, 2006        _____
                                 Honorable Jeremy Fogel
                                 United States District Court Judge