UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN ALVES MOREIRA,<br><br>          Plaintiff,<br><br>     v.<br><br>HEWLETT-PACKARD COMPANY<br><br>          Defendant.<br>_____/ | No. C 05-04089 JF<br><br>ORDER REGARDING PLAINTIFF'S REQUEST TO BE EXCUSED FROM PERSONALLY ATTENDING MEDIATION |

Having considered the parties' further written submissions, the ADR Magistrate Judge ORDERS the mediation to proceed as scheduled on January 17, 2007. Assuming Ms. Moreira has not secured a visa that would permit her to attend the mediation on that date, her attendance in person is excused. She must be available to participate throughout the session by phone. It is time to move the case forward.

IT IS SO ORDERED.

Dated: January 9, 2007

                                             */s/ Wayne D. Brazil*

                                        WAYNE D. BRAZIL<br>                                        United States Magistrate Judge

Copies to: all parties, JF
WDB, ADR, Stats