**\*\*E-filed 1/17/07\*\***

JEFFREY G. KNOWLES (State Bar No. 129754)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California  94111-4213
Telephone:  (415) 391-4800
Facsimile:  (415) 989-1663
Email:   ef-jgk@cpdb.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| LILIAN ALVES MOREIRA,<br><br>             Plaintiff,<br><br>        v.<br><br>HEWLETT-PACKARD COMPANY, A CALIFORNIA CORPORATION, DOES ONE THROUGH FIFTY, INCLUSIVE,<br><br>             Defendant. | Case No. C05 04089 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND SUBMISSION OF JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:  January 26, 2006<br>Time:  10:30 a.m.<br>Courtroom:  3<br><br>Hon. Jeremy Fogel |

COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200, San Francisco, California  94111-4213
415.391.4800 · Fax 415.989.1663

07159.007.539285v1

C05 04089 JF

ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663
COBLENTZ, PATCH, DUFFY & BASS LLP

By and through their respective counsel, the parties to the above-captioned action hereby stipulate as follows:

The current court-ordered mediation deadline in this action is January 19, 2007 and a mediation is currently scheduled for January 17, 2007;

A Case Management Conference is now set for January 26, 2006 with the Joint Case Management Conference Statement due on January 10, 2007;

Whereas, the parties desire to optimize the prospects for mediated resolution of this action and minimize the expenditure of both the parties' and the court's resources;

Now, therefore, the parties agree as follows:

1.      The parties agree that the deadline for submission of a Joint Case Management Statement should be extended to January 23, 2007, when they will be able to report on the results of the mediation.

SO STIPULATED.

Dated:  January 10, 2007             THE HULSEY LITIGATION GROUP
                                     WHITE & POTTER


                                     By:   /s/ Robert M. White
                                           ROBERT M. WHITE
                                           Attorneys for Plaintiff
                                           LILIAN ALVES MOREIRA

Dated:  January 10, 2007             COBLENTZ, PATCH, DUFFY & BASS, LLP


                                     By:   /s/ Jeffrey G. Knowles
                                           JEFFREY G. KNOWLES
                                           Attorneys for Defendants
                                           HEWLETT-PACKARD COMPANY


        IT IS SO ORDERED.

Dated:  January _16_, 2007           _____
                                           Honorable Jeremy Fogel
                                           United States District Court Judge

**STIPULATION AND [PROPOSED] ORDER TO EXTEND SUBMISSION OF
JOINT CASE MANAGEMENT CONFERENCE STATEMENT**